# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

***E-FILED - 11/17/09***

KEY ASIC, LTD., KEY ASIC, INC., a
Delaware Corporation,

          Plaintiff(s),

             V.

INNOVATIVE SEMICONDUCTORS, INC.;
PHYLINKS, LTD.; NABIL TAKLA, ANTONY
SOU, individuals; and DOES 2 to 20, inclusive
          Defendant(s).

_____/

CASE NO.  09-cv-03355-RMW

STIPULATION AND |XXXXXXXXXXX
ORDER SELECTING ADR PROCESS

        Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

      **Court Processes:**
            Non-binding Arbitration (ADR L.R. 4)
✓       Early Neutral Evaluation (ENE)   (ADR L.R. 5)
            Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR  phone conference and may not file this form.  They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

      **Private Process:**
            Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
        X   the presumptive deadline *(The deadline is 90 days from the date of the order
            referring the case to an ADR process unless otherwise ordered. )*

            other requested deadline _____

Dated: 10.29.2009

Dated: 10/29/2009

          Q. Huy Do
          Attorney for Plaintiff

          Attorney for Defendant

xxxxxxxxxxxx ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

    Non-binding Arbitration
✔   Early Neutral Evaluation (ENE)
    Mediation
    Private ADR

Deadline for ADR session
  xx  90 days from the date of this order.
    other _____

IT IS SO ORDERED.

Dated:_____  11/17/09

_Ronald M. Whyte_

UNITED STATES DISTRICT JUDGE