KIRIN LAW GROUP, P.C.
Q. Huy D. Do (State Bar No. 184462)
90 New Montgomery Street, Suite 600
San Francisco, CA 94105
Tel.:      415.707.5000
Fax:      415.707.5050
Email:   huy.do@kirinlaw.com

Attorneys for Plaintiffs KEY ASIC LTD.
and KEY ASIC, INC., a Delaware Corporation

E-Filed 2/9/10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEY ASIC, LTD., KEY ASIC, INC., a Delaware Corporation,<br><br>              Plaintiffs,<br><br>     v.<br><br>INNOVATIVE SEMICONDUCTORS, INC., PHYLINKS, LTD., NABIL TAKLA, ANTONY SOU, individuals; and DOES 2 to 20, inclusive<br><br>              Defendants. | Case No. CV 09 3355 RMW<br><br>The Honorable Ronald M. Whyte<br><br>[Proposed] **ORDER GRANTING KEY ASIC, LTD., KEY ASIC, INC.'S APPLICATION TO FILE UNDER SEAL** |
| INNOVATIVE SEMICONDUCTORS, INC.,<br><br>              Cross-Complainant,<br><br>     v.<br><br>KEY ASIC, LTD.,<br><br>              Cross-Defendant | |

| | |
|---|---|
| 1 | WHEREAS, the application of KEY ASIC, LTD., KEY ASIC, INC.'S to file under |
| 2 | seal an unredacted version of its Motion to Remand and Exhibit J, previously e-filed as |
| 3 | Document 14-12, submitted on the 21st of August 2009; |
| 4 | WHEREAS, the application was properly made under Civil Local rule 79-5.1 and a |
| 5 | Stipulated Protective Order executed by the parties and signed by United States Superior |
| 6 | Court Judge James C. Emerson on the 23rd of March 2009; |
| 7 | WHEREFORE, GOOD CAUSE HAVING BEEN SHOWN, |
| 8 | IT IS HEREBY ORDERED THAT the application is GRANTED; AND |
| 9 | FURTHER, THAT THE UNREDACTED VERSION OF THE MOTION AND ITS |
| 10 | SUPPORTING PAPERS SHALL BE FILED UNDER SEAL. |

DATED: 2/9/10

*/s/ Ronald M. Whyte*
The Honorable Ronald M. Whyte