| | |
|---|---|
| 1 | KIRIN LAW GROUP, P.C. |
| | Q. Huy D. Do (State Bar No. 184462) |
| 2 | 90 New Montgomery Street, Suite 600 |
| | San Francisco, CA 94105 |
| 3 | Tel.:    415.707.5000 |
| | Fax:    415.707.5050 |
| 4 | Email:   huy.do@kirinlaw.com |

E-Filed 2/9/10

Attorneys for Plaintiffs KEY ASIC LTD.
and KEY ASIC, INC., a Delaware Corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| KEY ASIC, LTD., KEY ASIC, INC., a Delaware Corporation, | Case No. CV 09 3355 RMW |
| | The Honorable Ronald M. Whyte |
| Plaintiffs, | [Proposed] ORDER GRANTING KEY ASIC, LTD., KEY ASIC, INC.'S APPLICATION TO FILE UNDER SEAL |
| v. | |
| INNOVATIVE SEMICONDUCTORS, INC., PHYLINKS, LTD., NABIL TAKLA, ANTONY SOU, individuals; and DOES 2 to 20, inclusive | |
| Defendants. | |
| INNOVATIVE SEMICONDUCTORS, INC., | |
| Cross-Complainant, | |
| v. | |
| KEY ASIC, LTD., | |
| Cross-Defendant | |

1    WHEREAS, the application of KEY ASIC, LTD., KEY ASIC, INC.'S to file under
2 seal an unredacted version of its Motion to Remand and Exhibit J, previously e-filed as
3 Document 14-12, submitted on the 21st of August 2009;
4    WHEREAS, the application was properly made under Civil Local rule 79-5.1 and a
5 Stipulated Protective Order executed by the parties and signed by United States Superior
6 Court Judge James C. Emerson on the 23rd of March 2009;
7    WHEREFORE, GOOD CAUSE HAVING BEEN SHOWN,
8    IT IS HEREBY ORDERED THAT the application is GRANTED; AND
9    FURTHER, THAT THE UNREDACTED VERSION OF THE MOTION AND ITS
10 SUPPORTING PAPERS SHALL BE FILED UNDER SEAL.

15   DATED: __2/9/10__                    _/s/ Ronald M. Whyte_
16                                          The Honorable Ronald M. Whyte

**ORDER GRANTING KEY ASIC, LTD., KEY ASIC, INC.'S
APPLICATIONTO FILE UNDER SEAL
Case No. CV 09 3355 RMW**