KIRIN LAW GROUP, P.C.
Q. Huy D. Do (State Bar No. 184462)
90 New Montgomery Street, Suite 600
San Francisco, CA 94105
Tel.:    415.707.5000
Fax:    415.707.5050
Email:    huy.do@kirinlaw.com

E-filed 2/9/10

Attorneys for Plaintiffs KEY ASIC LTD.
and KEY ASIC, INC., a Delaware Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| KEY ASIC, LTD., KEY ASIC, INC., a Delaware Corporation, | **Case No. CV 09 3355 RMW** |
| | **The Honorable Ronald M. Whyte** |
| Plaintiffs, | **[Proposed] ORDER GRANTING KEY ASIC, LTD., KEY ASIC, INC.'S APPLICATION TO FILE UNDER SEAL** |
| v. | |
| INNOVATIVE SEMICONDUCTORS, INC., PHYLINKS, LTD., NABIL TAKLA, ANTONY SOU, individuals; and DOES 2 to 20, inclusive | |
| Defendants. | |
| INNOVATIVE SEMICONDUCTORS, INC., | |
| Cross-Complainant, | |
| v. | |
| KEY ASIC, LTD., | |
| Cross-Defendant | |

1    The application of KEY ASIC, LTD., KEY ASIC, INC.'S to file under seal an

2    unredacted version of unredacted version of the following two documents:

3
**EXHIBIT A TO THE DECLARATION OF ALAN ARONOFF IN**
4    **SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS'**
     **MOTION FOR SUMMARY JUDGMENT AGAINST KEYASIC,**
5    **INC.**

6    **EXHIBIT B TO THE DECLARATION OF ALAN ARONOFF IN**
     **SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS'**
7    **MOTION FOR SUMMARY JUDGMENT AGAINST KEYASIC,**
     **INC.**
8

9    The application was properly made under Civil Local rule 79-5.1 and a Stipulated

10   Protective Order executed by the parties and signed by United States Superior Court Judge

11   James C. Emerson on the 23rd of March 2009.

12   GOOD CAUSE HAVING BEEN SHOWN,

13   IT IS HEREBY ORDERED THAT the application is GRANTED; AND

14   FURTHER, THAT THE UNREDACTED VERSIONS OF THE ABOVE

15   DOCUMENTS SHALL BE FILED UNDER SEAL.

16

17

18

19

20   DATED: _____2/9/10_____                    _Ronald M. Whyte_

21                                              The Honorable Ronald M. Whyte

22

23

24

25

26

**ORDER GRANTING KEY ASIC, LTD., KEY ASIC, INC.'S**
**APPLICATIONTO FILE UNDER SEAL**
**Case No. CV 09 3355 RMW**