| | |
|---|---|
| 1 | KIRIN LAW GROUP, P.C. |
|   | Q. Huy D. Do (State Bar No. 184462) |
| 2 | 90 New Montgomery Street, Suite 600 |
|   | San Francisco, CA 94105 |
| 3 | Tel.:    415.707.5000 |
|   | Fax:    415.707.5050 |
| 4 | Email:   huy.do@kirinlaw.com |

E-filed 2/9/10

Attorneys for Plaintiffs KEY ASIC LTD.
and KEY ASIC, INC., a Delaware Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

KEY ASIC, LTD., KEY ASIC, INC., a Delaware Corporation,

      Plaintiffs,

  v.

INNOVATIVE SEMICONDUCTORS, INC., PHYLINKS, LTD., NABIL TAKLA, ANTONY SOU, individuals; and DOES 2 to 20, inclusive

      Defendants.

INNOVATIVE SEMICONDUCTORS, INC.,

      Cross-Complainant,

  v.

KEY ASIC, LTD.,

      Cross-Defendant

**Case No. CV 09 3355 RMW**

**The Honorable Ronald M. Whyte**

[Proposed] **ORDER GRANTING KEY ASIC, LTD., KEY ASIC, INC.'S APPLICATION TO FILE UNDER SEAL**

---

1
**ORDER GRANTING KEY ASIC, LTD., KEY ASIC, INC.'S
APPLICATIONTO FILE UNDER SEAL
Case No. CV 09 3355 RMW**

1  The application of KEY ASIC, LTD., KEY ASIC, INC.'S to file under seal an
2  unredacted version of unredacted version of the following two documents:

3
4  **EXHIBIT A TO THE DECLARATION OF ALAN ARONOFF IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS'
5  MOTION FOR SUMMARY JUDGMENT AGAINST KEYASIC, INC.**

6  **EXHIBIT B TO THE DECLARATION OF ALAN ARONOFF IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS'
7  MOTION FOR SUMMARY JUDGMENT AGAINST KEYASIC, INC.**
8

9  The application was properly made under Civil Local rule 79-5.1 and a Stipulated
10 Protective Order executed by the parties and signed by United States Superior Court Judge
11 James C. Emerson on the 23rd of March 2009.

12  GOOD CAUSE HAVING BEEN SHOWN,
13  IT IS HEREBY ORDERED THAT the application is GRANTED; AND
14  FURTHER, THAT THE UNREDACTED VERSIONS OF THE ABOVE
15 DOCUMENTS SHALL BE FILED UNDER SEAL.

20  DATED:  2/9/10

*Ronald M. Whyte*

21  The Honorable Ronald M. Whyte