| | |
|---|---|
| KIRIN LAW GROUP, P.C.<br>Q. Huy D. Do (State Bar No. 184462)<br>90 New Montgomery Street, Suite 600<br>San Francisco, CA 94105<br>Tel.:     415.707.5000<br>Fax:     415.707.5050<br>Email:   huy.do@kirinlaw.com | E-filed 2/9/10 |

Attorneys for Plaintiffs KEY ASIC LTD.
and KEY ASIC, INC., a Delaware Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| KEY ASIC, LTD., KEY ASIC, INC., a Delaware Corporation,<br><br>              Plaintiffs,<br><br>     v.<br><br>INNOVATIVE SEMICONDUCTORS, INC., PHYLINKS, LTD., NABIL TAKLA, ANTONY SOU, individuals; and DOES 2 to 20, inclusive<br><br>              Defendants. | **Case No. CV 09 3355 RMW**<br><br>**The Honorable Ronald M. Whyte**<br><br>**[Proposed] ORDER GRANTING KEY ASIC, LTD., KEY ASIC, INC.'S APPLICATION TO FILE UNDER SEAL** |
| INNOVATIVE SEMICONDUCTORS, INC.,<br><br>              Cross-Complainant,<br><br>     v.<br><br>KEY ASIC, LTD.,<br><br>              Cross-Defendant | |

1
**ORDER GRANTING KEY ASIC, LTD., KEY ASIC, INC.'S
APPLICATIONTO FILE UNDER SEAL
Case No. CV 09 3355 RMW**

The application of KEY ASIC, LTD., KEY ASIC, INC.'S to file under seal an unredacted version of the following two documents:

**KEY ASIC, LTD. AND KEY ASIC, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT PHYLINKS, LTD.'S MOTION TO STAY**

**EXHIBIT A TO THE DECLARATION OF Q. HUY DO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STAY - THE AGREEMENT BETWEEN INNOVATIVE AND KEYASIC. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT PHYLINKS, LTD.'S MOTION TO STAY.**

The application was properly made under Civil Local rule 79-5.1 and a Stipulated Protective Order executed by the parties and signed by United States Superior Court Judge James C. Emerson on the 23rd of March 2009.

GOOD CAUSE HAVING BEEN SHOWN,

IT IS HEREBY ORDERED THAT the application is GRANTED; AND

FURTHER, THAT THE UNREDACTED VERSIONS OF THE ABOVE DOCUMENTS SHALL BE FILED UNDER SEAL.

DATED: 2/9/10

*Ronald M. Whyte*

The Honorable Ronald M. Whyte

**ORDER GRANTING KEY ASIC, LTD., KEY ASIC, INC.'S APPLICATIONTO FILE UNDER SEAL**
**Case No. CV 09 3355 RMW**