| | |
|---|---|
| KIRIN LAW GROUP, P.C.<br>Q. Huy D. Do (State Bar No. 184462)<br>90 New Montgomery Street, Suite 600<br>San Francisco, CA 94105<br>Tel.:    415.707.5000<br>Fax:    415.707.5050<br>Email:  huy.do@kirinlaw.com<br><br>Attorney for Plaintiffs KEY ASIC LTD.<br>and KEY ASIC, INC., a Delaware Corporation | E-filed 2/9/10 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| KEY ASIC, LTD., KEY ASIC, INC., a Delaware Corporation,<br><br>            Plaintiffs,<br><br>     v.<br><br>INNOVATIVE SEMICONDUCTORS, INC., PHYLINKS, LTD., NABIL TAKLA, ANTONY SOU, individuals; and DOES 2 to 20, inclusive<br><br>            Defendants.<br><br>INNOVATIVE SEMICONDUCTORS, INC.,<br><br>            Cross-Complainant,<br><br>     v.<br><br>KEY ASIC, LTD.,<br><br>            Cross-Defendant | **Case No. CV 09 3355 RMW**<br><br>**The Honorable Ronald M. Whyte**<br><br>**[Proposed]  ORDER GRANTING KEY ASIC, LTD., KEY ASIC, INC.'S APPLICATION TO FILE UNDER SEAL** |

1   The application of KEY ASIC, LTD., KEY ASIC, INC.'S to file under seal an
2   unredacted version of the following two documents:

4   **KEY ASIC, LTD. AND KEY ASIC, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO REMAND**

6   **EXHIBIT B TO THE DECLARATION OF Q.HUY D.DO IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**

8   The application was properly made under Civil Local rule 79-5.1 and a Stipulated
9   Protective Order executed by the parties and signed by United States Superior Court Judge
10  James C. Emerson on the 23rd of March 2009.
11  GOOD CAUSE HAVING BEEN SHOWN,
12  IT IS HEREBY ORDERED THAT the application is GRANTED; AND
13  FURTHER, THAT THE UNREDACTED VERSIONS OF THE ABOVE
14  DOCUMENTS SHALL BE FILED UNDER SEAL.

19  DATED:  2/9/10                              _Ronald M. Whyte_
20                                              The Honorable Ronald M. Whyte